was any custom to that effect set up nor special damages pleaded.

*Maxwell C. Katz* and *Otto C. Sommerich* for appellant.

*R. O. Willguss* and *John Lehman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MARIE POULSEN, Appellant, *v.* PETER POULSEN, Respondent.

*Husband and wife — divorce — complaint in action for divorce properly dismissed.*

*Poulsen v. Poulsen*, 215 App. Div. 861, affirmed.

(Submitted March 30, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 15, 1926, modifying and affirming as modified a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for divorce.

*Bernard Swartz* for appellant.

*Merritt N. Baker* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MORRIS ARNHEIM, Respondent, *v.* SIMON E. HECHT et al., Appellants.

*Negligence — streets — defect in covering of vault maintained in front of premises — injury to pedestrian from fall caused by catching foot in hole.*

*Arnheim v. Hecht*, 215 App. Div. 764, affirmed.

(Argued March 31, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1925, affirming a judgment in

favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. The complaint alleged that plaintiff while walking on the west side of Broadway in the borough of Manhattan caught his foot in a hole in a steel and glass vault covering maintained by defendants in front of their premises and falling received the injuries complained of.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for appellants.

*Harold R. Medina* and *Nathan Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: McLAUGHLIN, J. Absent: ANDREWS, J.

---

METER RENTING Co., INC., Respondent, *v.* THOMAS E. GREACEN et al., Appellants.

*Corporations — directors — action by corporation to recover from directors
amount of alleged improper payments authorized by them.*

*Meter Renting Co., Inc.,* v. *Greacen,* 214 App. Div. 722, affirmed.
(Argued March 31, 1926; decided May 4, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 5, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought to recover from three former directors of plaintiff, a corporation, payments authorized by them for salaries and expenses in violation of an alleged agreement between the organizers of the corporation that " so long as any such loans are unpaid no salaries shall be paid to officers or to the general manager, nor fees to directors, nor shall the company incur any expenses whatever except by consent of all the directors and the net profits of the business shall be applied first to the payment of such loans."